UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DANIEL KARTEN, MARISSA JOINSON and TRACY JOINSON<br>   *Plaintiffs*<br>  vs.<br><br>TOWN OF WARREN ZONING BOARD OF REVIEW, ANDREW G. ELLIS, W. BARRETT HOLBY, JR., JASON J. RAINONE, CHARLES A. THIBAUDEAU and JAYSON NYSTROM, Members of the Zoning Board of Review of the Town of Warren<br>   *Defendants* | C.A. No. 1:22-cv-193<br>***{Superior Court C.A. No. PC-2022-02221}*** |

## <u>DEFENDANTS' NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendants Town of Warren Zoning Board of Review, Andrew G. Ellis, W. Barrett Holby, Jr., Jason J. Rainone, Charles A. Thibaudeau and Jayson Nystrom, Members of the Zoning Board of Review of the Town of Warren allege as follows:

1. Defendants Town of Warren Zoning Board of Review, Andrew G. Ellis, W. Barrett Holby, Jr., Jason J. Rainone, Charles A. Thibaudeau and Jayson Nystrom, Members of the Zoning Board of Review of the Town of Warren (hereinafter "Defendants"), are Defendants in the civil action filed in Providence County Superior Court, entitled, **Daniel Karten, Marissa Joinson and Tracy Joinson v. Town of Warren Zoning Board of Review, Andrew G. Ellis, W. Barrett Holby, Jr., Jason J. Rainone, Charles A. Thibaudeau and Jayson Nystrom, Members of the Zoning Board of Review of the Town of Warren,** *C.A. No. PC-2022-02221*.

2. Pursuant to 28 USCS § 1446(a) attached hereto is a copy of the process and pleadings

*Daniel Karten, et al v. Town of Warren Zoning Board of Review, et al*
*C.A. No. 1:22-cv-193*

served upon Defendants.

3.  This Notice of Removal is filed timely under 28 U.S.C. § 1446(b).

4.  The above described action, as stated in Plaintiff's Complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5.  This Notice of Removal is filed on behalf of these defendants.

6.  A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed and all adverse parties pursuant to 28 USCS §  1446(d).

7.  Within fourteen (14) days after filing this Notice of Removal, the party filing this notice shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed, pursuant to Local Civil Rule 81(b).

                              Defendants
                              By their Attorneys,


                              */s/ Michael A. DeSisto*
                              Michael A. DeSisto (#2444)
                              DeSisto Law LLC
                              60 Ship Street
                              Providence, RI 02903
                              (401) 272-4442
                              michael@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify, that on this 13th day of May 2022, I electronically served this document through the electronic filing system upon the following parties:

Fausto C. Anguilla, Esq.
fausto@anguilalaw.us


                              */s/ Michael A. DeSisto*